UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case 2:22-cv-00192-JLB-NPM

BARBARA MERKLEY,

    Plaintiff,

    v.

MIDLAND CREDIT MANAGEMENT,
INC.,

    Defendant.
_____/

**UNOPPOSED MOTION OF DEFENDANT MIDLAND CREDIT MANAGEMENT, INC. FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Midland Credit Management, Inc. ("Midland"), by and through its undersigned counsel, hereby moves for an extension of time to respond to Plaintiff's Complaint, and in support hereof states the following:

1. Midland's response to Plaintiff's Complaint is presently due on April 21, 2022, based on the date of service of March 31, 2022.

2. Undersigned counsel was recently retained to represent Midland in this action. Due to the issues raised by Plaintiff's allegations, additional investigation into the claims is required prior to the filing of a response to the Complaint.

3. Undersigned counsel also requests the extension of time due to the press of pending deadlines in other matters. In addition, counsel for Midland

has communicated with Plaintiff's counsel, and the parties are attempting an early resolution to the case prior to additional resources being unnecessarily expended.

4. Therefore, Midland respectfully requests until May 6, 2022 to file and serve its response to Plaintiff's Complaint.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel has communicated with Joel D. Lucoff, counsel for Plaintiff, regarding this requested extension and Plaintiff's counsel has no objection to the requested relief.

WHEREFORE, Midland requests that the Court enter an order granting an extension of time for Defendant Midland to respond to Plaintiff's Complaint through and including May 6, 2022, and any other relief the Court deems just and proper.

DATED this 19th day of April, 2022.

By: */s/ Philip E. Rothschild*
Philip E. Rothschild, Esq.
Florida Bar No. 0088536
Phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 468-7881
Facsimile: (954) 463-2030
***Counsel for Defendant***
***Midland Credit Management, Inc.***

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 19, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other manner authorized on the Service List below.

By: */s/ Philip E. Rothschild*
Philip E. Rothschild

## SERVICE LIST

Joel D. Lucoff, Esq.
Debt Shield Law
3440 Hollywood Blvd., Suite 415
Hollywood, FL 33021
Email: Service@debtshieldlaw.com; joel@debtshieldlaw.com
***Attorney for Plaintiff***